UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  JIMMIE WAYNE TOTTEN                 CASE NO. 08-12061
  807 LAWSONVILLE AVE                JUDGE WILLIAM L. STOCKS
  REIDSVILLE, NC  27320

     DEBTOR

SSN(1) XXX-XX-9893                         DATE:  09/24/2009

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN GENERAL FINANCE<br>1421 FREEWAY DR<br>REIDSVILLE, NC  27320 | MONTHLY PMT $792.29<br>INT:  .00%<br>NAME ID: 41951<br>CLAIM #:  0001 | (H) ONGOING-SECURED<br><br>ACCT:  9076<br>COMMENT:  DT RP,CTD |
| AMERICAN GENERAL FINANCE<br>1421 FREEWAY DR<br>REIDSVILLE, NC  27320 | $5,493.03<br>INT:  .00%<br>NAME ID: 41951<br>CLAIM #:  0020 | (R) ARREARAGE-SECURED<br><br>ACCT:  9076<br>COMMENT:  ARR |
| ANITA MCCEARY<br>510 VANCE ST<br>REIDSVILLE, NC  27320 | $0.00<br>INT:  .00%<br>NAME ID: 66057<br>CLAIM #:  0004 | (W) CHILD SUPPORT/ALIMONY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC,DIR |
| APPLIED BANK<br>% NCO FINANCIAL SERVICES<br>1804 WASHINGTON BLVD<br>BALTIMORE, MD  21230 | $2,155.91<br>INT:  .00%<br>NAME ID: 52863<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  4474<br>COMMENT: |
| CITIFINANCIAL INC<br>P O BOX 70923<br>CHARLOTTE, NC  28272-0923 | $7,137.02<br>INT:  .00%<br>NAME ID: 66469<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT:  9893<br>COMMENT: |
| CITIFINANCIAL INC<br>ATTN MANAGING AGENT<br>P O BOX 140489<br>IRVING, TX  75014-0489 | $0.00<br>INT:  .00%<br>NAME ID: 55142<br>CLAIM #:  0023 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:  9893<br>COMMENT:  NOTICES-CITIFINANC |
| ECAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | $604.41<br>INT:  .00%<br>NAME ID: 34759<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  6900<br>COMMENT:  CAPITAL ONE BANK |
| ECAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | $752.38<br>INT:  .00%<br>NAME ID: 34759<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT:  8492<br>COMMENT:  CAPITAL ONE |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ECAST SETTLEMENT CORP<br>ATTN MANAGING AGENT<br>P O BOX 35480<br>NEWARK, NJ 07193-5480 | $0.00<br>INT: .00%<br>NAME ID: 39421<br>CLAIM #: 0022 | (N) NOTICES ONLY<br>AMENDED<br>ACCT: 0032<br>COMMENT: NOTICES-ECAST SETTLE |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC 27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 5777<br>CLAIM #: 0017 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT: NOTICES |
| FIRST POINT RESOURCES<br>ATTN MANAGING AGENT<br>P O BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 8605<br>CLAIM #: 0016 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT: NOTICES |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $929.70<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 5659<br>COMMENT: GE CAP/CHEV/TEX |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $863.29<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 4076<br>COMMENT: |
| NC CHILD SUPPORT<br>P O BOX 900012<br>RALEIGH, NC 27675-9012 | $0.00<br>INT: .00%<br>NAME ID: 55926<br>CLAIM #: 0005 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT: NOTICES-ANITA MCEARY |
| NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 660366<br>DALLAS, TX 75266 | $10,492.13<br>INT: .00%<br>NAME ID: 62455<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 5402<br>COMMENT: |
| PIEDMONT NATURAL GAS<br>P O BOX 533500<br>ATLANTA, GA 30353 | $432.58<br>INT: .00%<br>NAME ID: 59375<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 3002<br>COMMENT: |
| PIEDMONT NATURAL GAS<br>ATTN CBO BANKRUPTCY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | $0.00<br>INT: .00%<br>NAME ID: 56906<br>CLAIM #: 0019 | (8) (P)REFERRED NOTICE ADDRESS<br>AMENDED<br>ACCT:<br>COMMENT: |
| ROCKINGHAM CO REG OF DEEDS<br>P O BOX 56<br>WENTWORTH, NC 27375 | $28.00<br>INT: .00%<br>NAME ID: 1377<br>CLAIM #: 0021 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 107<br>WENTWORTH, NC 27375-0107 | $3,570.37<br>INT: 9.00%<br>NAME ID: 17485<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: TXS<br>COMMENT: OC |
| ROCKINGHAM COUNTY TAX<br>P O BOX 107<br>WENTWORTH, NC 27375-0107 | $420.66<br>INT: .00%<br>NAME ID: 17485<br>CLAIM #: 0024 | (P) PRIORITY<br><br>ACCT: EHTX<br>COMMENT: OC,SPLIT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROUNDUP FUNDING LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA  98111-9221 | $798.40<br>INT:  .00%<br>NAME ID:  56120<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT:  3473<br>COMMENT:  CHASE BANK USA NA |
| SECURITY FINANCE CENTRAL<br>BANKRUPTCY<br>209 DAWSON RD STE 4B<br>COLUMBIA, SC  29223-1740 | $0.00<br>INT:  .00%<br>NAME ID:  68858<br>CLAIM #:  0018 | (8) (P)REFERRED NOTICE ADDRESS<br>AMENDED<br>ACCT:<br>COMMENT: |
| SECURITY FINANCIAL SERVICES<br>% SFC CENTRAL BANKRUPTCY & REC<br>209 DAWSON RD STE 4B<br>COLUMBIA, SC  29223 | $2,251.09<br>INT:  6.00%<br>NAME ID:  46013<br>CLAIM #:  0002 | (V) VEHICLE-SECURED<br><br>ACCT:  2440<br>COMMENT:  97DODG |
| WELCOME FINANCE CO INC<br>1405 FREEWAY DRIVE<br>REIDSVILLE, NC  27320 | $1,546.24<br>INT:  .00%<br>NAME ID:  52259<br>CLAIM #:  0003 | (U) UNSECURED<br><br>ACCT:  1984<br>COMMENT:  OC,609LN/A |
| **TOTAL:** | **$38,267.50** | |
| JAMES E PELL ESQ<br>220 COMMERCE PLACE<br>GREENSBORO, NC  27401 | $2,050.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  09/24/2009                                   OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor