UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
JIMMIE WAYNE TOTTEN  CASE NO. 08-12061 C-13G
807 LAWSONVILLE AVE  JUDGE WILLIAM L. STOCKS
REIDSVILLE, NC  27320
a/k/a JIMMY W TOTTEN
    Debtor

SSN(1) XXX-XX-9893  DATE:  04/13/2011

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

This Chapter 13 Debtor(s) was dismissed by Order entered October 14, 2010.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):  
JAMES E PELL ESQ  
220 COMMERCE PLACE  
GREENSBORO, NC  27401  

TRUSTEE:  
ANITA JO KINLAW TROXLER  
500 W FRIENDLY AVE STE 200  
P O BOX 1720  
GREENSBORO, NC  27402-1720  

ADDRESSEE:  
REID WILCOX  
CLERK, U.S. BANKRUPTCY COURT  
P.O. BOX 26100  
GREENSBORO, NC  27420  

DATED: April 13, 2011  
FOR THE COURT:  
REID WILCOX  
CLERK, U.S. BANKRUPTCY COURT  
P.O. BOX 26100  
GREENSBORO, NC  27420

JIMMIE WAYNE TOTTEN                                              Case No. 08-12061 C-13G

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

   I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

| | |
|---|---|
| JIMMIE WAYNE TOTTEN<br>807 LAWSONVILLE AVE<br>REIDSVILLE, NC  27320 | REID WILCOX<br>CLERK, U.S. BANKRUPTCY COURT<br>P.O. BOX 26100<br>GREENSBORO, NC  27420 |
| JAMES E PELL ESQ<br>220 COMMERCE PLACE<br>GREENSBORO, NC  27401 | AMERICAN GENERAL FINANCIAL SERVICES<br>1560 FREEWAY DR STE J<br>REIDVILLE, NC  27320-3248 |
| ANITA MCCEARY<br>510 VANCE ST<br>REIDSVILLE, NC  27320 | APPLIED BANK<br>% NCO FINANCIAL SERVICES<br>1804 WASHINGTON BLVD<br>BALTIMORE, MD  21230 |
| CHASE BANK USA NA<br>P O BOX 15145<br>WILMINGTON, DE  19850-5145 | CITIFINANCIAL INC<br>ATTN MANAGING AGENT<br>P O BOX 140489<br>IRVING, TX  75014-0489 |
| CITIFINANCIAL INC<br>P O BOX 70923<br>CHARLOTTE, NC  28272-0923 | ECAST SETTLEMENT CORP<br>ATTN MANAGING AGENT<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 |
| ECAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 |
| FIRST POINT RESOURCES<br>ATTN MANAGING AGENT<br>P O BOX 26140<br>GREENSBORO, NC  27402 | LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 |
| NC CHILD SUPPORT<br>P O BOX 900012<br>RALEIGH, NC  27675-9012 | NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 660366<br>DALLAS, TX  75266 |

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

PIEDMONT NATURAL GAS
ATTN CBO BANKRUPTCY
4339 S TRYON ST
CHARLOTTE, NC  28217-1733

PIEDMONT NATURAL GAS
P O BOX 533500
ATLANTA, GA  30353

ROCKINGHAM COUNTY TAX
P O BOX 107
WENTWORTH, NC  27375-0107

SECURITY FINANCE CENTRAL
BANKRUPTCY
P O BOX 1893
SPARTANBURG, SC  29304-1893

SECURITY FINANCE CENTRAL
BANKRUPTCY
209 DAWSON RD STE 4B
COLUMBIA, SC  29223-1740

WELCOME FINANCE CO INC
1405 FREEWAY DRIVE
REIDSVILLE, NC  27320

Date:    April 13, 2011

/s/  Penny Harrison
Chapter 13 Office
Middle District of North Carolina, North Carolina